AO83 (Rev. 10/03) Summons in a Criminal Case

**FILED**

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

DISTRICT COURT OF GUAM
APR - 1 2005
MARY L.M. MORAN
CLERK OF COURT

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| V. | |
| WILLIAM BRUCE SAN MIGUEL FLORES also known as WILLY FLORES | Case Number: CR-05-00031 |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Friday, April 8, 2005 at 11:00 a.m. |

To answer a(n)
X Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

18:1344(2) & 2 - BANK FRAUD (COUNT 1)

18:371 - BANK FRAUD CONSPIRACY (COUNT 2)

18:1956(h) - MONEY LAUNDERING CONSPIRACY (COUNT 3)

18:1956(a)(1)(B)(i) & 2 - MONEY LAUNDERING (COUNT 4)

18:1956(a)(1)(A)(i) & 2 - MONEY LAUNDERING (COUNTS 5, 6, 8, 9 & 10)

18:1957 & 2 - ENGAGING IN MONETARY TRANSACTION IN PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY (COUNT 7)

ORIGINAL

MARILYN B. ALCON, Deputy Clerk
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

March 31, 2005
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] FRANKLIN J. TAITAGUE | 4-01-05 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☒ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: DEFENDANTS WIFE

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  4-9-05
            Date

J.C.G. SABAS
Name of United States Marshal

S/DUSM Franklin J. Taitague
(by) Deputy United States Marshal

Remarks: SERVED TO DEFENDANTS WIFE AT 2:00PM 4.1.05 IN TACOFOFO

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.