

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>WILLIAM BRUCE SAN MIGUEL FLORES,<br>also known as WILLY FLORES,<br><br>   Defendant. | CRIMINAL CASE NO. 05-00031<br><br>**APPLICATION FOR PERMISSION TO ENTER PLEA OF GUILTY** |

The defendant represents to the Court:

1. My full true name is William Bruce San Miguel Flores. I am 50 years of age. I have gone to school up to and including graduating from college. My most recent occupation has been engineer. I request that all proceedings against me be in my true name.

2. I am represented by a lawyer; his name is G. Patrick Civille.

3. I received a copy of the indictment/information (as used in this Application the term "indictment" includes information) before being called upon to plead. I have read the indictment or a translator who speaks __N/A__ read it to me, and I have discussed the indictment with my lawyer. I fully understand every charge made against me. I understand these charges to be: One count of Money Laundering Conspiracy (18 U.S.C. § 1956(h)).

4. I have told my lawyer all the facts and circumstances known to me about the charges made against me in the indictment. I believe that my lawyer is fully informed on all such matters.

//
//
//

United States v. William Bruce San Miguel Flores

Application for Permission to Enter Plea of Guilty

5. I know that the Court must be satisfied that there is a factual basis for a plea of "GUILTY" before my plea can be accepted. I represent to the Court that I did the following acts in connection with the charges made against me: Gil Shinohara, Takahisa Goto, Kenny Kim and I agreed to borrow bank funds for renovations for Pedro's Plaza. At the time we knew the funds would not be used for renovations. (Cont...)

**(In the above space defendant must set out in detail in his/her own handwriting what he/she did. If more space is needed, add a separate page.)**

6. My lawyer has counseled and advised me on the nature of each charge, all lesser included charges, all penalties and consequences of each charge, all possible defenses that I may have in this case, and the constitutional (and any other) rights I am waiving.

7. I understand that my constitutional (and other) rights include the following:

(a) the right to a speedy and public trial by jury;
(b) the right to see all of the evidence against me and to hear all witnesses called to testify against me and to have my attorney cross-examine them;
(c) the right to use the power and process of the court to compel the production of any evidence, including the attendance of any witnesses in my favor;
(d) the right to the assistance of a lawyer at all stages of the proceedings including trial and appeal and if I cannot afford one, to have the court appoint one to represent me without cost to me or based upon my ability to pay;
(e) the right to remain silent or to take the witness stand at my sole option and if I do not take the witness stand, no inference of guilt may be drawn from such failure and the jury must be so advised;
(f) the right against self-incrimination;
(g) the right to appeal from an adverse judgment;
(h) the right to appeal my sentence without any limitation contained in my plea agreement.

8. I know that I may plead "NOT GUILTY" to any offense charged against me and exercise all of my rights as listed above.

9. I know that if I plead "GUILTY" I am giving up all of the rights listed in paragraph 7 and that there will be no trial either before a court or jury.

10. I know that if I plead "GUILTY" the result of my plea is more than just an admission or confession of guilt and that it will result in my conviction, and that further, the Court may

2

impose the same punishment as if I had pleaded "NOT GUILTY," stood trial and been convicted by a jury.

11. My lawyer has discussed with me the maximum and minimum, if any, punishments which the law provides and the various provisions of the Sentencing Guidelines that may apply to me. I understand that the maximum punishment for the offense(s) charged to which I am pleading "GUILTY" is  20 years plus possible 2 years additional if violation of supervised release  of imprisonment, a fine of $ 500,000.00, and a period of  3  years supervised release. I understand that there is a mandatory minimum punishment of  N/A  years imprisonment for the offense(s) to which I am pleading "GUILTY." I also understand that the minimum period of supervised release which the Court may impose is  N/A  (if applicable) and that if I violate any condition of supervised release the release may be revoked and I may be sentenced to all or a part of the term of supervised release imposed in addition to any other term of imprisonment which I have received.

I understand that I may be assessed the costs of confinement and/or supervision. I understand that I must pay a penalty assessment of  $100.00  per count to which I plead "GUILTY." I understand that I may be ordered to pay restitution in an amount determined by the Court.

I know that the sentence I will receive is solely a matter within the control of the Judge. I understand that the Judge will make no decision regarding my sentence until the Judge has read and considered the pre-sentence investigation report prepared and submitted to the Court by the Probation Office.

I also understand that the Court and counsel cannot promise what sentence or sentencing range will be set and that these calculations will depend upon the Advisory Sentencing Guidelines as they apply to me. I have been advised that the Court may sentence within the advisory guideline range determined by the Probation Office or may depart upward or downward from the range. However, no promises have been made to me as to the range or departure.

3

United States v. William Bruce San Miguel Flores
Application for Permission to Enter Plea of Guilty

12. If I am on probation, supervised release or parole in this or any other court, I know that by pleading "GUILTY" here, my probation, release or parole may be revoked and I may be required to serve time in that case, which may be consecutive, that is, in addition to any sentence imposed upon me in this case.

13. I declare that no officer or agent of any branch of government (federal, state or local) has promised or suggested that I will receive a lighter sentence, or probation, or any other form of leniency, nor have any other promises been made if I plead "GUILTY," except as stated in the Plea Agreement I have signed, stated on the record in my entry of plea or as follows:

_____ None _____

**(In the space above, insert any promises or suggestions made to the defendant or to his/her attorney.)** If anyone else made such a promise or suggestion, except as noted in the previous sentence, I know that person had no authority to do it. No one has forced or coerced me into entering this plea. My willingness to plead "GUILTY" (does) (does not) result from prior discussions between my attorney and the government's attorney. (If it does, state any factors that influenced you that are not reflected in the plea agreement.)

_____ None _____

14. I believe that my lawyer has done all that a lawyer could do to counsel and assist me, and I am satisfied with the advice and help he has given me.

15. Because I am, in fact, "GUILTY," I respectfully request the Court to accept my plea of "GUILTY" and to have the clerk enter my plea of "GUILTY" as follows: __to the charge of Money Laundering Conspiracy in violation of 18 U.S.C. § 1956(h) as set forth in Count III of the Indictment_____.

16. I waive the reading of the indictment in open court, and I request the Court to enter my plea of "GUILTY," as set forth in Paragraph 15 of this application.

17. My mind is clear. I am not under the influence of alcohol or drugs and I am not under a doctor's care. The only drugs, medicines or pills that I took within the past seven days are: ____

4

United States v. William Bruce San Miguel Flores
Application for Permission to Enter Plea of Guilty

___None_____

_____

_____

**(If none, so state.)**

18. I OFFER MY PLEA OF "GUILTY" FREELY AND VOLUNTARILY AND OF MY OWN ACCORD AND WITH FULL UNDERSTANDING OF ALL THE MATTERS SET FORTH IN THE INDICTMENT AND IN THIS APPLICATION AND IN THE CERTIFICATE OF MY LAWYER WHICH IS ATTACHED TO THIS APPLICATION. IN OFFERING MY PLEA OF "GUILTY," I FREELY AND VOLUNTARILY WAIVE (give up) THE CONSTITUTIONAL AND OTHER RIGHTS GUARANTEED TO ME, AS STATED IN PARAGRAPH 7 ABOVE.

19. I understand that all of the above statements will be made in open court under oath and that any false statements may be used against me in a prosecution for perjury or false statement which is a felony.

20. **Check One**:

___XX___ I am proficient enough in English to read the above and have read and fully understand it.

_____ I am not proficient enough in English. I speak and understand __N/A__ which is my native language. The above was read to me in the language of __N/A__ and I fully understand it.

Signed by me in open court in the presence of my attorney.

Dated: __04/12/05__     _____[signature]_____
                              Defendant's Signature

## CERTIFICATE OF COUNSEL

The undersigned, as lawyer and counselor for the defendant William Bruce San Miguel Flores, hereby certifies:

1. I have read and fully explained to the defendant and believe he fully understands the allegations contained in the indictment of this case, the defenses he may have to each and every one of the allegations and the consequences of a plea of "GUILTY," including the pertinent Sentencing Guidelines provisions and maximum and minimum penalties.

2. I believe the defendant fully understands the constitutional rights he is waiving and that by entering a plea of "GUILTY" he/she is waiving each and every one of those rights.

3. Nothing has come to my attention which causes me to believe that the defendant lacks the ability to understand anything contained in the attached application or that at the time of entering his plea he is under the influence of any drug or alcohol.

4. The plea of "GUILTY" offered by the defendant in Paragraph 15 accords with my understanding of the facts he related to me and is consistent with my advice to the defendant.

5. In my opinion the defendant's waiver of reading of the indictment in open court as provided by Rule 10 is voluntarily and understandingly made, and I recommend to the Court that the waiver be accepted by the Court.

6. Defendant has read the Plea Agreement he signed in the matter and I believe he fully understands it. I certify that no promises have been made to the defendant by the government or myself other than those contained in the Plea Agreement and if there are such other promises I must state them on the record before my client and the Court.

7. In my opinion the plea of "GUILTY" offered by the defendant in Paragraph 15 of the application is voluntarily and understandingly made. I recommend that the Court accept the plea of "GUILTY."

//

//

United States v. William Bruce San Miguel Flores
Application for Permission to Enter Plea of Guilty

Signed by me in open court in the presence of the defendant above-named and after full discussion of the contents of this certificate with the defendant.

Dated: April 12, 2005

_____
G. PATRICK CIVILLE
Attorney for William Bruce San Miguel Flores

*U.S. v. Flores*, Criminal Case No. 05-00031
Application for Permission to Enter Plea of Guilty

5. (Continuation) Gil Shinohara and I also agreed to submit invoices to the bank to make it appear that renovations would be performed with these funds, eventhough we knew the funds were not going to be used for renovations.
I submitted false invoices to the bank and we received $300,000 for the renovations.
After the funds were deposited into my account, Shinohara instructed me to release part of the funds to him in the form of cashier's checks. Later, some of the funds were dispersed to Goto, Kim, Shinohara and me (apart from the cashier's checks).
(End)