

**FILED**
DISTRICT COURT OF GUAM
APR 12 2005
MARY L.M. MORAN
CLERK OF COURT



1  LEONARDO M. RAPADAS
   United States Attorney
2  JOSEPH F. WILSON
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
4  Hagåtña, Guam 96910
   Telephone: (671) 472-7332
5  Telecopier: (671) 472-7334

6  Attorneys for United States of America

8  IN THE UNITED STATES DISTRICT COURT
9  FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00031 |
| Plaintiff, ) | |
| vs. ) | **STIPULATION OF PARTIES TO RELEASE PASSPORT, PERMIT OFF-ISLAND TRAVEL; AND ORDER** |
| WILLIAM B.S.M. FLORES, ) | |
| Defendant. ) | |

The parties in the above-entitled matter, the United States of America, and the defendant, WILLIAM B.S.M. FLORES, through his counsel, G. Patrick Civille, hereby stipulate and agree as follows:

1. That Defendant FLORES shall be permitted to travel off-island as early as April 13, 2005, for the purpose of testifying as a government witness for trial in <u>United States v. Gil A. Shinohara</u>, CR 04-0413 WHA, now set in San Francisco, California;

2. That upon the Court's approval of the parties request for Defendant FLORES' off-island travel to San Francisco, California, his passport shall be released to him;

//
//

3. That after Defendant FLORES is excused as a witness in the aforementioned trial, he will be visiting with family members in New Jersey, and Louisiana. Prior to departing Guam, Defendant FLORES will provide the United States Probation Office with a proposed travel itinerary, as well as the physical addresses and telephone numbers where he may be reached;

4. That Defendant FLORES shall return to Guam on or before May 18, 2005; and

5. That all other terms and conditions of Defendant FLORES' release conditions, previously imposed, shall remain in full force and effect.

SO STIPULATED this 8th day of April, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

_____
G. PATRICK CIVILLE
Attorney for Defendant

By: _____
JOSEPH F. WILSON
Assistant U.S. Attorney

Approved:

_____
CARMEN O'MALLAN
U.S. Probation Office Specialist

**\* \* \* \* ORDER \* \* \* \***

**APPROVED AND SO ORDERED. IT IS FURTHER ORDERED** that the Clerk of Court shall release Defendant FLORES' passport prior to the scheduled travel date, and Defendant FLORES shall return same promptly upon his return from such travel.

Date: 4/12/05

_____
Designated Judge
District Court of Guam

RECEIVED
APR 11 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM