IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**

DISTRICT COURT OF GUAM
APR 12 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00031**  **DATE: 04/12/2005**  **TIME: 1:38 p.m.**

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge  Law Clerk: Kim Walmsley / Jennifer Moton
Court Reporter: Wanda Miles  Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 1:38:11 - 1:38:40  CSO: N. Edrosa / J. Lizama
Hearing Electronically Recorded: 1:40:34 - 2:05:14

****************APPEARANCES****************

**DEFT: WILLIAM BRUCE SAN MIGUEL FLORES**  **ATTY: G. PATRICK CIVILLE**
( X ) PRESENT ( ) CUSTODY ( X ) BOND ( ) P.R.  ( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** RUSSELL STODDARD  **AGENT:**

**U.S. PROBATION:** CARLEEN BORJA  **U.S. MARSHAL:** J. SALAS

**PROCEEDINGS: CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: __50__  HIGH SCHOOL COMPLETED: __FOUR YEARS OF COLLEGE__
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: __COUNT III__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.
( X ) SENTENCING DATE: __OCTOBER 25, 2005__ at __10:00 A.M.__ (SENTENCING HEARING SET BEFORE JUDGE ALSUP)
( X ) PRESENTENCE REPORT ORDERED AND DUE: __SEPTEMBER 20, 2005__
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT RELEASED ON BOND AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defendant consented to enter his plea of guilty before a U.S. Magistrate Judge. Application for permission to enter plea of guilty executed by defendant and his counsel. Pen and ink changes made to the plea agreement: 1) Page 3, line 25, "Rule 11" citation to read "Rule 11(c)(3)(8)", 2) Page 3, line 27, Rule 11 citation " to read "Rule 11(c)(1)(B)", 3) Page 7, delete paragraph "g" and change paragraph "h" to read as paragraph "g". The Court signed the report and recommendation concerning defendant's plea of guilty. The Court executed the stipulation and order submitted by the parties for defendant to travel.

Courtroom Deputy: _____

Case 1:05-cr-00031  Document 12  Filed 04/12/2005  Page 1 of 1