| | |
|---|---|
| 1 | LEONARDO M. RAPADAS |
| | United States Attorney |
| 2 | JOSEPH F. WILSON |
| | Assistant U.S. Attorney |
| 3 | Suite 500, Sirena Plaza |
| | 108 Hernan Cortez Avenue |
| 4 | Hagåtña, Guam 96910 |
| | Telephone: (671) 472-7332 |
| 5 | Telecopier: (671) 472-7334 |

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
APR 13 2005
MARY L.M. MORAN
CLERK OF COURT



6  Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00031 |
|---|---|---|
| Plaintiff, | ) | **ERRATUM** |
| | ) | |
| | ) | STIPULATION OF PARTIES TO |
| vs. | ) | PERMIT OFF-ISLAND TRAVEL; |
| | ) | AND ORDER |
| WILLIAM B.S.M. FLORES, | ) | |
| Defendant. | ) | |

COMES NOW the United States and hereby files with the Court an Erratum to correct the Stipulation of Parties to Permit Off-Island Travel; and Order, by removing any reference to the release or subsequent return of Defendant's passport, within the caption, text and Order portion of the document.

Respectfully submitted this 12th day of April, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JOSEPH F. WILSON
Assistant U.S. Attorney