| | | | |
|---|---|---|---|
| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY DUE DATE: |

# TRANSCRIPT ORDER

Read Instructions on Back.

| 1. NAME David J. Lujan | 2. PHONE NUMBER 477-8065 | 3. DATE 4/12/05 |
|---|---|---|
| 4. MAILING ADDRESS Ste. 300 Pacific News Bldg. 238 Archbishop | 5. CITY Hagatna | 6. STATE GU / 7. ZIP CODE 96910 |
| 8. CASE NUMBER CR05-00031 | 9. JUDICIAL OFFICER | DATES OF PROCEEDINGS |
| | | 10. FROM 4/12 / 11. TO 4/12 |
| 12. CASE NAME USA vs. William B.S.M. Flores | | LOCATION OF PROCEEDINGS |
| | 13. CITY Hagatna | 14. STATE GU |

**15. ORDER FOR**
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

Change of Plea

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE |
|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES 1 | |
| DAILY | ☐ | ☐ | NO. OF COPIES | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | |

**FILED**
DISTRICT COURT OF GUAM
APR 13 2005
MARY L.M. MORAN
CLERK OF COURT

ESTIMATE TOTAL (15)

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE [signed] for David J. Lujan
19. DATE 4/13/05

PROCESSED BY
PHONE NUMBER
COURT ADDRESS

TRANSCRIPT TO BE PREPARED BY

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | |
| TRANSCRIPT ORDERED | | | LESS DEPOSIT | |
| TRANSCRIPT RECEIVED | | | TOTAL REFUNDED | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used) ORIGINAL - COURT COPY   YELLOW - TRANSCRIPTION COPY   GREEN - ORDER RECEIPT   PINK - ORDER COPY

Case 1:05-cr-00031   Document 15   Filed 04/13/2005   Page 1 of 1