



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff.<br>vs.<br><br>WILLIAM BRUCE SAN MIGUEL FLORES,<br>also known as WILLY FLORES,<br><br>            Defendant. | CRIMINAL CASE NO. 05-00031<br><br>ACCEPTANCE OF PLEA OF GUILTY,<br>ADJUDICATION OF GUILTY; AND<br>NOTICE OF SENTENCING |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to a count 3 of an Indictment charging him with Money Laundering Conspiracy, in violation of 18 U.S.C. §1956(h), is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing as directed. → October 27, 2005 9AM GUAM

IT IS SO ORDERED.

DATED this ____ day of April 2005.

May 10, 2005

_____
WILLIAM ALSUP
United Stated District Judge