# UNITED STATES DISTRICT COURT

DISTRICT OF **GUAM**

UNITED STATES OF AMERICA

V.

WILLIAM BRUCE SAN MIGUEL FLORES
aka WILLY FLORES

**NOTICE**

CASE NUMBER: CR-05-00031

| TYPE OF CASE: | | |
|---|---|---|
| | ☐ CIVIL | X CRIMINAL |

TAKE NOTICE that a proceeding in this case has been rescheduled for the place, date, and time set forth below:

AO 456 (Rev. 5/85) Notice

| PLACE | ROOM NO. | |
|---|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | DATE AND TIME | **FILED**<br>DISTRICT COURT OF GUAM<br>JUL - 5 2005<br>MARY L.M. MORAN<br>CLERK OF COURT |
| TYPE OF PROCEEDING<br><br>SENTENCING | | |

X TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE<br>District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 W. Soledad Avenue<br>Room 413 | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>Tuesday, October 25, 2005 at 10:00 a.m. | CONTINUED TO DATE AND TIME<br><br>Thursday, October 27, 2005 at 8:00 a.m. |
|---|---|---|

MARY L.M. MORAN
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

July 5, 2005
DATE

(BY) DEPUTY CLERK

TO: U.S. Attorney's Office
G. Patrick Civille
U.S. Probation Office
U.S. Marshal Services