CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*



FILED
DISTRICT COURT OF GUAM
JUL -7 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00031 |
| Plaintiff, ) | |
| vs. ) | **STIPULATION PERMITTING** |
| ) | **OFF ISLAND TRAVEL** |
| WILLIAM BRUCE SAN MIGUEL FLORES, ) | |
| also known as WILLY FLORES, ) | |
| Defendant. ) | |

The parties hereby stipulate as follows:

1. Defendant WILLIAM BRUCE SAN MIGUEL FLORES has pleaded guilty in this Court to one count of Money Laundering Conspiracy (18 U.S.C. § 1956(h)) and is awaiting sentencing.

2. Defendant is a cooperating witness and does not pose a risk of flight.

3. Defendant is by profession an engineer and conducts part of his business in the Commonwealth of the Northern Mariana Islands.

4. Pending sentencing, Defendant shall be permitted to freely travel between Guam and the Commonwealth of the Northern Mariana Islands for work related purposes without obtaining permission of the Court or the Probation Office for each trip. If Defendant's travel will require him to stay in the C.N.M.I. for more than 72 hours on any one trip, he shall notify the Probation Office of his travel and the length of time he will be away from Guam.

*U.S. v. Flores*, Criminal Case No. 05-00031
Stipulation Permitting off Island Travel

     5.    Nothing in this stipulation shall excuse Defendant from complying with other terms of his release or from appearing in Court as may be required from time to time.

SO STIPULATED.

CIVILLE & TANG, PLLC

DATE: July 6, 2005

By: _____
G. PATRICK CIVILLE
*Attorneys for Defendant*

**LEONARDO M. RAPADAS**
United States Attorney
Districts of Guam and CNMI

DATE: July 6, 2005

By: _____
RUSS STODDARD
Assistant U.S. Attorney
*Attorneys for Plaintiff*

**U.S. PROBATION OFFICE**
**FRANK M. CRUZ, Chief Probation Officer**

DATE: July 6TH, 2005

By: Judy Anne J. Ocampo
JUDY ANNE L. OCAMPO
Probation Officer

### ORDER

The Stipulation of the parties is hereby APPROVED and SO ORDERED.

DATE: 7/7/05

_____
ROBERT M. TAKASUGI
Senior District Judge

RECEIVED
JUL - 6 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2