# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

|  |  |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>vs.<br><br>William Bruce San Miguel Flores,<br><br>          Defendant. | Case No. 1:05-cr-00031<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Order re Sentencing filed September 9, 2005***, on the dates indicated below:

*U.S. Attorney's Office*                           *G. Patrick Civille*
*September 12, 2005*                           *September 12, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order re Sentencing filed September 9, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 15, 2005                         /s/ Marilyn B. Alcon
                                                            Deputy Clerk