ORIGINAL

1 WFlores.5k1.1

2 NOEL L. HILLMAN
Chief, Public Integrity Section
3 Department of Justice
RUSSELL C. STODDARD
4 First Assistant U.S. Attorney
JEFFREY J. STRAND
5 Assistant U.S. Attorney
Sirena Plaza Suite 500
6 108 Hernan Cortez Avenue
Hagatna, Guam 96910
7 Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
SEP 30 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00031 |
|---|---|
| Plaintiff, | ) GOVERNMENT'S MOTION FOR A DOWNWARD DEPARTURE |
| vs. | ) UNDER USSG § 5K1.1 AND 18 U.S.C. § 3553(e) |
| WILLIAM BRUCE SAN MIGUEL FLORES a/k/a WILLY FLORES, | ) |
| Defendant. | ) |

Comes now the United States and moves, pursuant to USSG § 5K1.1 and 18 U.S.C. § 3553(e), for a substantial assistance downward departure from Offense Level 19 to Level 8, an advisory guideline range of 0 to 6 months. The government intends to recommend a sentence

//
//
//
//
//
//
//

of probation, and the reasons for such recommendation are set forth in a memorandum, which the government is seeking to lodge under seal for reasons of security.

RESPECTFULLY SUBMITTED this  30th  day of September, 2005.

NOEL L. HILLMAN
Chief, Public Integrity Section
Department of Justice

RUSSELL C. STODDARD
First Assistant U.S. Attorney
Districts of Guam and NMI

By: _____
JEFFREY J. STRAND
Assistant U.S. Attorney

2