1 | WFlores.Lodge.mot

2 | NOEL L. HILLMAN
Chief, Public Integrity Section
3 | Department of Justice
RUSSELL C. STODDARD
4 | First Assistant U.S. Attorney
JEFFREY J. STRAND
5 | Assistant U.S. Attorney
Sirena Plaza Suite 500
6 | 108 Hernan Cortez Avenue
Hagatna, Guam 96910
7 | Telephone: (671) 472-7332
Telecopier: (671) 472-7334
8 | Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
OCT -7 2005
MARY L.M. MORAN
CLERK OF COURT

RECEIVED
SEP 30 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00031 |
| Plaintiff, | **GOVERNMENT'S MOTION TO LODGE SENTENCING MEMORANDUM UNDER SEAL** |
| vs. | |
| WILLIAM BRUCE SAN MIGUEL FLORES a/k/a WILLY FLORES. | |
| Defendant. | |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an order allowing it to lodge a sentencing memorandum under seal,

//
//
//
//
//
//
//

for the Court's consideration at the time of sentencing.

RESPECTFULLY SUBMITTED this 30th day of September, 2005.

NOEL L. HILLMAN
Chief, Public Integrity Section
Department of Justice

RUSSELL C. STODDARD
First Assistant U.S. Attorney
Districts of Guam and NMI

By: _____
JEFFREY J. STRAND
Assistant U.S. Attorney

2