DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING


FILED
DISTRICT COURT OF GUAM
OCT 28 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00031**  **DATE:** October 27, 2005

**HON. WILLIAM ALSUP, Designated Judge**
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 10:31:16 - 12:51:53

Law Clerk: KIM WALMSLEY & JENNIFER MOTON
Courtroom Deputy: Leilani Toves Hernandez
CSO: N. Edrosa / J. Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*A P P E A R A N C E S\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: WILLIAM BRUCE SAN MIGUEL FLORES**       **ATTY: G. PATRICK CIVILLE**
( X ) PRESENT ( ) CUSTODY ( X ) BOND ( ) P.R.       ( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** JEFF STRAND

**AGENTS:** TY LEE, I.R.S.; S. MOORE, FBI;
R. FUENTES, OFFICE OF THE INSPECTOR GEN.

**U.S. PROBATION:** CARLEEN BORJA       **U.S. MARSHAL:** S. LUJAN / G. PEREZ / F. TAITAGUE

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level:       Total offense level: 19       Criminal History Category: I

   NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Argued for the consideration of the defendant's cooperation, a sentence of probation and to consider each defendant's ability to pay any restitution imposed.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Recommended a sentence of probation and any fine imposed be paid jointly and severally by the defendants.

( X ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

Government's Motion for Downward Departure - Granted in Part.

Defendant was ordered to self-surrender to the U.S. Marshals Service on Guam, by 12:00 noon on January 6, 2006 or to the designated facility upon notification by the U.S. Marshal if it is before that date. Defense counsel was further advised that if the report date is after January 6th, to notify the Court accordingly.

Government moved to dismiss Counts I, II, and IV through X - Granted.

SENTENCE: CR-05-00031 DEFENDANT: WILLIAM BRUCE SAN MIGUEL FLORES

( X ) DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF <u>EIGHT MONTHS.</u>

( ) COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT _____.

( X ) UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF <u>THREE YEARS</u>.

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL GIVE A SPEECH TO AT LEAST 200 PEOPLE. THE SPEECH MUST BEGIN WITH "I AM A CONVICTED FELON". DEFENDANT MUST READ WHAT THEY PLED TO AND ADMIT TO PEOPLE WHAT THEY DID, TELL ABOUT THEIR COOPERATION, THE TESTIMONY THEY GAVE, THEIR SENTENCING AND THE COST OF COUNSEL.

2. DEFENDANT SHALL PERFORM 200 HOURS OF COMMUNITY SERVICE AND THE TIME FOR HIS SPEECH WILL COUNT TOWARDS HIS COMMUNITY SERVICE.

3. DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE, AND LOCAL CRIMES.

4. DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES.

5. DEFENDANT SHALL NOT POSSESS A FIREARM, DANGEROUS WEAPON OR AMMUNITION.

6. DEFENDANT SHALL COOPERATE IN THE COLLECTION OF DNA AT THE DIRECTION AS DIRECTED BY THE U.S. PROBATION OFFICE.

7. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. SENTENCING COMMISSION.

8. DEFENDANT SHALL SUBMIT TO ONE URINALYSIS WITHIN 15 DAYS OF RELEASE FROM CUSTODY AND TO A MAXIMUM OF EIGHT URINALYSIS PER MONTH THEREAFTER.

9. DEFENDANT SHALL PERMIT THE PROBATION OFFICER ACCESS TO ANY AND ALL FINANCIAL DOCUMENTS REQUESTED.

DEFENDANT WAS ORDERED TO PAY $150,000.00 IN RESTITUTION TO THE BANK OF GUAM. PAYMENTS SHALL BE REMITTED TO THE CLERK OF COURT, 4TH FLOOR, U.S. COURTHOUSE, HAGATNA, GUAM. COURT ORDERED THAT THE DEFENDANT SHALL RECEIVE FULL CREDIT TO FOR ANY AMOUNTS PAID TO THE BANK OF GUAM VIA A SETTLEMENT EARMARKED FOR THE ORIGINAL $300,000.00. PAYMENT SCHEDULE SHALL BE COORDINATED WITH THE U.S. PROBATION OFFICER. THE COURT STATED THAT THE BANK IS ENTITLED TO RECEIVE UP TO $300,000.00, HOWEVER, IT IS NOT AN EXCUSE FOR THE DEFENDANT TO NOT PAY HIS RESTITUTION.

THE COURT WAIVED ALL FINES SINCE IT HAD BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

DEFENDANT WAS ORDERED TO PAY A $100.00 SPECIAL ASSESSMENT FEE DUE IMMEDIATELY.

COURT STATED THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT WAS ADVISED OF HIS APPEAL RIGHTS.

Courtroom Deputy: _____