# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**
**671-473-9100**

| | |
|---|---|
| USA,<br><br>             Plaintiff,<br><br>     vs.<br><br>William Bruce San Miguel Flores<br>aka Willy Flores,<br>             Defendant. | Case No. 1:05-cr-00031 |

# NOTICE OF ENTRY

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following Judgment:

*Date of Entry of Judgment:  10/31/205*

The original Judgment is on file at the Clerk's Office of this court.  The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee.  Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** October 31, 2005                                Clerk of Court
                                                          **/s/ Mary L.M. Moran**