# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>        vs.<br><br>William Bruce San Miguel Flores,<br>aka Willy Flores,<br><br>        Defendant. | Case No. 1:05-cr-00031<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Judgment and the Notice of Entry filed October 31, 2005***, on the dates indicated below:

| *U.S. Attorney's Office* | *G. Patrick Civille* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *November 1, 2005* | *November 2, 2005* | *November 1, 2005* | *November 2, 2005* |
|  |  | *(Judgment only)* | *(Judgment only)* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Judgment and the Notice of Entry filed October 31, 2005***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 2, 2005                                  /s/ Leilani R. Toves Hernandez
                                                                              Deputy Clerk