# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>William Bruce San Miguel Flores, aka Willy Flores<br><br>　　　　　Defendant. | Case No. 1:05-cr-00031<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Amended Judgment in a Criminal Case filed on 11/3/2005, and Notice of Entry of Amended Judgment in a Criminal Case signed on 11/4/2005,* on the dates indicated below:

*U. S. Attorneys Office*　　　　　　　　　　*G. Patrick Civille*
*November 4, 2005*　　　　　　　　　　　　*November 4, 2005*

I, Rosita P. San Nicolas, declare under the penalty of perjury that on the above listed date(s) the:

*Amended Judgment in a Criminal Case filed on 11/3/2005, and Notice of Entry of Amended Judgment in a Criminal Case signed on 11/4/2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 7, 2005　　　　　　　　　　/s/ Rosita P. San Nicolas
　　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk