# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>   vs.<br><br>William Bruce San Miguel Flores, aka Willy Flores<br><br>    Defendant. | Case No. 1:05-cr-00031<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Amended Judgment in a Criminal Case filed on 11/3/2005,* on the dates indicated below:

*U.S. Probation Office*    *U.S. Marshals Service*
*November 4, 2005*     *November 7, 2005*

I, Rosita P. San Nicolas, declare under the penalty of perjury that on the above listed date(s) the:

*Amended Judgment in a Criminal Case filed on 11/3/2005*

Was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 7, 2005       /s/ Rosita P. San Nicolas
                   Chief Deputy Clerk