WILLIAM BRUCE SAN MIGUEL FLORES
P.O. Box 1266
Hagåtña, Guam 96932
Telephone (671) 646-1714

Defendant


**FILED**
DISTRICT COURT OF GUAM
NOV 15 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

-------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 05-00031 |
| Plaintiff, | ( | NOTICE OF APPEAL |
| vs. | ( | |
| WILLIAM BRUCE SAN MIGUEL FLORES, also known as Willy Flores, | ( | |
| Defendant. | ( | |

-------------

Notice is hereby given that William Bruce San Miguel Flores, the defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of conviction and the otherwise final sentence and each of them entered in this action on the 31st day of October, 2005.

Dated at Hagåtña, Guam, this 15th day of November, 2005.

_____
WILLIAM BRUCE SAN MIGUEL FLORES
Defendant

**ORIGINAL**