United States District Court, District of Guam

# DIGITAL AUDIO RECORDING ORDER

Read Instructions on Back  (FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

| # | Field | Value |
|---|---|---|
| 1 | NAME | LUJAN, AGUIGUI, PEREZ |
| 2 | PHONE NUMBER | 4778064 |
| 3 | DATE | 11/28/05 |
| 4 | MAILING ADDRESS | 238 Archbishop Flores St. Ste. 300 PNB Bldg. |
| 5 | CITY | Hagatna |
| 6 | STATE | GU |
| 7 | ZIP CODE | 96932 |
| 8 | CASE NUMBER | CR05-00031 |
| 9 | CASE NAME | William Flores |
| 10 | FROM | 10/27/05 |
| 11 | TO | 10/27/05 |
| 12 | PRESIDING JUDICIAL OFFICIAL | Judge Alsup |
| 13 | CITY | Hagatna |
| 14 | STATE | GU |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**16. CD REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which duplicate CD(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | 10/27/05  10:31:16 – 12:57:53 |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [x] SENTENCING | Oct. 27, 2005 | | |
| [ ] BAIL HEARING | | | |

**FILED**
DISTRICT COURT OF GUAM
NOV 30 2005
MARY L.M. MORAN
CLERK OF COURT

**RECEIVED**
NOV 29 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**17. ORDER**

| Format | NO. CDs | NO. COPIES |
|---|---|---|
| [ ] CD - FTR Gold Format. This format must be played using FTR Player Plus™ software, which will be included on the CD. This software allows the listener to navigate through the recording using time references from the actual proceeding. | | |
| [x] Audio CD Format - This format will play in any CD player. This format is limited to an hour or less. | 1 | |
| [ ] Windows Audio Format - (wma) This format will play using Windows Media Player™ software, as well as other 3rd party software. | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional) upon completion of the order.

ESTIMATE TOTAL

| 18. SIGNATURE | 19. DATE 11/28/05 |
|---|---|
| PROCESSED BY Rose Mary B. M___ 11/29/05 | PHONE NUMBER |
| ORDER RECEIVED | 11/29/05 | DEPOSIT PAID |
| DEPOSIT PAID | 11/29/05 | TOTAL CHARGES |
| CD DUPLICATED | 11/29/05 | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP CD | 11/30/05 | TOTAL REFUNDED |
| PARTY RECEIVED CD | | TOTAL DUE |

Case 1:05-cr-00031   Document 40   Filed 11/30/2005   Page 1 of 1