**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*



**FILED**
DISTRICT COURT OF GUAM

DEC 14 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00031 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER PERMITTING** |
| ) | **OFF ISLAND TRAVEL** |
| WILLIAM BRUCE SAN MIGUEL FLORES, ) | |
| also known as WILLY FLORES, ) | |
| ) | |
| Defendant. ) | |

The Stipulation Permitting Off Island Travel filed herein by the parties is hereby APPROVED and SO ORDERED.

DATE: December 14, 2005

_____
JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE

**RECEIVED**
DEC 13 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**ORIGINAL**