FILED
DISTRICT COURT OF GUAM
DEC 27 2005
MARY L.M. MORAN
CLERK OF COURT

THE LAW OFFICE OF DAVID J. HIGHSMITH, P.C.
Suite 209, Union Bank of California Building, 194 Hernan Cortes Avenue, Hagatña, Guam 96910
(671) 477-8168 • FAX (671) 472-0027 • EMAIL: davehighsmith99@yahoo.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. WILLIAM BRUCE SAN MIGUEL FLORES, also known as Willy Flores, Defendant. | CRIMINAL CASE NO. 05-00031<br><br>SUBSTITUTION OF COUNSEL |

COMES NOW, **WILLIAM BRUCE SAN MIGUEL FLORES**, Petitioner in the above-captioned matter and hereby substitute The Law Office of David J. Highsmith, P.C. in place of The Law Office of Civille & Tang, PLLC. by and thru G. Partrick Civille.

EXECUTED this 21st day of December 2005.

_____
WILLIAM BRUCE SAN MIGUEL FLORES

//
//

In the District Court of Guam

ORIGINAL

THE LAW OFFICE OF DAVID J. HIGHSMITH, P.C.
Suite 209, Union Bank of California Building, 194 Hernan Cortes Avenue, Hagatna, Guam 96910
(671) 477-8168 • FAX (671) 472-0027 • EMAIL: davehighsmith99@yahoo.com

In the District Court of Guam
U.S.A. v. W. Flores
Substitution of Counsel
Criminal Case No. 05-00031
Page 2

SUBSTITUTION ACKNOWLEDGED this 21st day of December 2005.

CIVILLE & TANG, PLLC

BY: *(signature)*
G. PARTICK CIVILLE

SUBSTITUTION ACCEPTED THIS 21st day of December, 2005.

The Law Office of David J. Highsmith, P.C.

*(signature)*
DAVID J. HIGHSMITH, ESQ

SO ~~ORDERED~~.

_____
~~HON.~~
~~Senior District Judge~~