**FILED**
DISTRICT COURT OF GUAM

DEC 27 2005 ᵩℓ

**MARY L.M. MORAN**
**CLERK OF COURT**



# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 05-00031 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ENTRY OF APPEARANCE OF |
| WILLIAM BRUCE SAN MIGUEL ) | COUNSEL AND REQUEST FOR |
| FLORES, also known as Willy Flores, ) | SERVICE |
| ) | |
| Defendant. ) | |
| ) | |

---

### ENTRY OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE

**DAVID J. HIGHSMITH** enters his appearance on behalf of Defendant, William Bruce San

Miguel Flores and requests that all notices given or required to be given in this case, be given to

and served upon the undersigned at the office and address set forth below:

**THE LAW OFFICE OF DAVID J. HIGHSMITH, P.C.**
Suite 209, Union Bank Bldg.
194 Hernan Cortes Avenue
Hagatna, Guam 96910

Dated this 16th day of December 2005.

RESPECTFULLY SUBMITTED,
Law Office of David J. Highsmith, P.C.

DAVID J. HIGHSMITH

THE LAW OFFICE OF DAVID J. HIGHSMITH, P.C.

Suite 209, Union Bank of California Building, 194 Hernan Cortes Avenue, Hagatna, Guam 96910
(671) 477-8168 • FAX (671) 472-0027 • EMAIL: davehighsmith99@yahoo.com

ORIGINAL