THE LAW OFFICE OF DAVID J. HIGHSMITH, P.C.
Suite 209, Union Bank of California Building, 194 Hernan Cortes Avenue, Hagåtña, Guam 96910
(671) 477-8168 • FAX (671) 472-0027 • EMAIL: davehighsmith99@yahoo.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> WILLIAM BRUCE SAN MIGUEL FLORES, also known as Willy Flores, <br> Defendant. | CRIMINAL CASE NO. 05-00031 <br><br> MOTION TO SHORTEN TIME |

Defendant Willy Flores hereby moves to have his Motion for Release Pending Appeal heard by the court at the earliest possible date.

## MEMORANDUM OF POINTS AND AUTHORITIES

On October 27, 2005, this court sentenced Defendant Willy Flores to serve eight months incarceration. On January 6, 2006, Mr. Flores is supposed to report to the marshals to be taken into custody. However, Mr. Flores has appealed his sentence and has moved for his release pending the appeal.

Mr. Flores now moves to shorten time to have his Motion for Release Pending Appeal heard as soon as possible. Normally, a motion must be heard upon five (5) days' written notice, but Federal Rule of Criminal Procedure 47(c) provides that for "good cause" the court may upon "ex parte application" hear the motion at a different time.

In this case, Mr. Flores believes his motion must be heard as soon as possible or it will be rendered moot by his removal from the island and incarceration on January 6, 2006. He asserts that this constitutes "good cause" within the meaning of Rule 47(c) to hear this motion as soon as possible.

RESPECTFULLY SUBMITTED,

*David J. Highsmith* (signature)

DAVID J. HIGHSMITH
COUNSEL FOR DEFENDANT FLORES