NOEL L. HILLMAN
Chief, Public Integrity Section
Department of Justice
RUSSELL C. STODDARD
First Assistant U.S. Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5009
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
JAN 11 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> WILLIAM BRUCE SAN MIGUEL ) <br> FLORES, a/k/a WILLY FLORES, ) <br> ) <br> Defendant. ) <br> _____ ) | Cr. No. 05-00031 <br><br> **UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR RELEASE PENDING APPEAL APPEAL; CERTIFICATE OF SERVICE** |

COMES NOW the United States of America, by and through undersigned counsel,

//
//
//
//

plaintiff in the above named case, and takes no position as to Defendant's Motion for Release Pending Appeal.

RESPECTFULLY submitted this 11th day of January, 2006.

NOEL L. HILLMAN
Chief, Public Integrity Section
Department of Justice

RUSSELL C. STODDARD
First Assistant U.S. Attorney
Districts of Guam and NMI

By: _____
JEFFREY J. STRAND
Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I, Gregory E. Helm, working in the U.S. Attorney's Office, Districts of Guam and NMI, hereby certify that on January 11, 2006, I caused to be served via facsimile/U.S. Mail, and/or hand delivery, a copy of the United States' Response to Defendant Flores' Motion for Release Pending Appeal in <u>United States v. William B.S.M. Flores</u>, Criminal Case No. 05-00031, to counsel for the defendant, at the following address:

> DAVID J. HIGHSMITH
> Law Offices of David j. Highsmith, P.C.
> Suite 209, Union Bank of California Bldg.
> 194 Hernan Cortez Ave.
> Hagatna, Guam 96910

GREGORY E. HELM
Litigation Support Specialist