# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> William Bruce San Miguel Flores aka Willy Flores, <br><br> Defendant. | Case No. 1:05-cr-00031 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Denying Release Pending Appeal and Notice of Entry of Order filed January 12, 2006*, on the dates indicated below:

U.S. Attorney's Office   *David Highsmith*   *G. Patrick Civille*   *U.S. Marshals Service*
*January 12, 2006*   *January 12, 2006*   *January 12, 2006*   *January 12, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Order Denying Release Pending Appeal and Notice of Entry of Order filed January 12, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 12, 2006        /s/ Marilyn B. Alcon
                              Deputy Clerk