**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*



FILED
DISTRICT COURT OF GUAM
JAN 20 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM BRUCE SAN MIGUEL FLORES,<br>also known as WILLY FLORES,<br><br>Defendant. | CRIMINAL CASE NO. 05-00031<br><br><br>**STIPULATION RE: SELF-SURRENDER** |

The parties hereby stipulate as follows:

1. Defendant WILLIAM BRUCE SAN MIGUEL FLORES has been sentenced to serve eight months of confinement in a federal penitentiary designated by the Bureau of Prisons.

2. Defendant has been ordered by this Court to surrender to the United States Marshal's Office, Guam, on January 29, 2006.

3. The Bureau of Prisons has advised the United States Marshal's Office that the Defendant will be assigned to the federal correctional facility in Honolulu, Hawaii, but has not yet advised the United States Marshal of the date it will be prepared to receive the Defendant.

4. Defendant is able to pay the cost of his transportation to Hawaii, and is prepared to turn himself into the correctional facility in Honolulu. This will avoid the necessity of the U.S. Marshal's Office incurring the expense of having two marshals transport the Defendant to Honolulu.

ORIGINAL

5. Subject to approval of the Court, the parties agree that, in lieu of Defendant surrendering to the United States Marshal on Guam for transportation to Hawaii, the Defendant be permitted to travel to Hawaii at his own expense and surrender himself to the federal correctional facility in Honolulu at a date and in accordance with directions from the United States Marshal's Office and/or Bureau of Prisons, provided such date shall be as soon after January 29, 2006 as the Bureau of Prisons can accommodate.

SO STIPULATED.

CIVILLE & TANG, PLLC

DATE: January 20, 2006

By: _____
G. PATRICK CIVILLE
*Attorneys for Defendant*

LEONARDO M. RAPADAS
**United States Attorney**
**Districts of Guam and CNMI**

DATE: January 20, 2006

By: _____
RUSS STODDARD
Assistant U.S. Attorney
*Attorneys for Plaintiff*