LAW OFFICE OF DAVID J. HIGHSMITH, P.C.
Suite 209, Union Bank of California Building
194 Hernan Cortes Avenue
Hagåtña, Guam 96910
Telephone: (671) 477-8168
Facsimile: (671) 472-0027

*Attorneys for Defendant*

FILED
DISTRICT COURT OF GUAM

JAN 24 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00031 |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION RE: SELF-SURRENDER |
| WILLIAM BRUCE SAN MIGUEL FLORES, also known as WILLY FLORES, | ) | |
| Defendant. | ) | |

The parties hereby stipulate as follows:

1. Defendant WILLIAM BRUCE SAN MIGUEL FLORES has been sentenced to serve eight months of confinement in a federal penitentiary designated by the Bureau of Prisons.

2. Defendant has been ordered by this Court to surrender to the United States Marshal's Office, Guam, on January 29, 2006.

3. The Bureau of Prisons has advised the United States Marshal's Office that the Defendant will be assigned to the federal correctional facility in Honolulu, Hawaii, but has not yet advised the United States Marshal of the date it will be prepared to receive the Defendant.

4. Defendant is able to pay the cost of his transportation to Hawaii, and is prepared to turn himself into the correctional facility in Honolulu. This will avoid the necessity of the U.S.

ORIGINAL

Marshal's Office incurring the expense of having two marshals transport the Defendant to Honolulu.

5. Subject to approval of the Court, the parties agree that, in lieu of Defendant surrendering to the United States Marshal on Guam for transportation to Hawaii, the Defendant be permitted to travel to Hawaii at his own expense and surrender himself to the federal correctional facility in Honolulu at a date and in accordance with directions from the United States Marshal's Office and/or Bureau of Prisons, provided such date shall be as soon after January 29, 2006 as the Bureau of Prisons can accommodate.

SO STIPULATED.

**LAW OFFICE OF DAVID J. HIGHSMITH, P.C.**

DATE: January __, 2006

By: _____
DAVID J. HIGHSMITH
*Attorneys for Defendant*

**LEONARDO M. RAPADAS**
**United States Attorney**
**Districts of Guam and CNMI**

DATE: January __, 2006

By: _____
**RUSS STODDARD**
Assistant U.S. Attorney
*Attorneys for Plaintiff*