**LAW OFFICE OF DAVID J. HIGHSMITH, P.C.**
Suite 209, Union Bank of California Building
194 Hernan Cortes Avenue
Hagåtña, Guam 96910
Telephone: (671) 477-8168
Facsimile: (671) 472-0027

*Attorneys for Defendant*


FILED
DISTRICT COURT OF GUAM

JAN 2 4 2006 9P

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00031 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER PERMITTING** |
| | ) | **SELF-SURRENDER** |
| WILLIAM BRUCE SAN MIGUEL FLORES, | ) | |
| also known as WILLY FLORES, | ) | |
| | ) | |
| Defendant. | ) | |

The Stipulation Re: Self-Surrender filed herein by the parties is hereby APPROVED and

SO ORDERED.

DATE: _January 24, 2006_

_____
**JOAQUIN V.E. MANIBUSAN, JR.**
**MAGISTRATE JUDGE**

RECEIVED
JAN 2 4 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL