UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 0 7 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-10751 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. CR-05-00031-WHA |
| v. | District of Guam, Agana |
| WILLIAM BRUCE SAN MIGUEL FLORES, | ORDER |
| Defendant - Appellant. | |

**FILED**
DISTRICT COURT OF GUAM
FEB 24 2006
MARY L.M. MORAN
CLERK OF COURT

Before: GOODWIN and RAWLINSON, Circuit Judges

Appellant's motion for bail pending appeal is granted. Appellant has shown, by clear and convincing evidence, that appellant is not likely to flee or to pose a danger to the safety of any other person or the community if released and has also shown that the appeal raises a "substantial question" of law or fact that is likely to result in reversal, an order for a new trial, or a sentence that does not include a term of imprisonment, on all counts on which imprisonment has been imposed. *See* 18 U.S.C. § 3143(b); *United States v. Handy*, 761 F.2d 1279, 1283 (9th Cir. 1985).

05-10751

The matter is remanded to the district court for the limited purpose of establishing appropriate conditions of release.

The briefing schedule established previously shall remain in effect.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 21 2006

by _____
Deputy Clerk

Proceedings include all events.
05-10751 USA v. San Miguel Flores

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Jeffrey J. Strand, Esq.<br>FAX 671/472-7334<br>671/472-7332<br>Ste. 500<br>[COR LD NTC aus]<br>U.S DEPT. OF JUSTICE<br>Office of the U.S. Attorney<br>108 Hernan Cortez St.<br>Hagatna, GU 96910 |
| v. | |
| WILLIAM BRUCE SAN MIGUEL FLORES<br>    Defendant - Appellant | David J. Highsmith<br>FAX 671-472-0027<br>(671) 477-8168<br>Suite 209<br>[COR LD NTC ret]<br>LAW OFFICE OF DAVID J. HIGHSMITH<br>Union Bank Building<br>194 Hernan Cortes Avenue<br>Hagatna, GU 96910 |