FILED
DISTRICT COURT OF GUAM
FEB 27 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff.<br><br>　vs.<br><br>WILLIAM BRUCE SAN MIGUEL FLORES,<br><br>　　　　　　Defendant. | CRIMINAL CASE NO. 05-00031<br><br>**ORDER** |

On February 7, 2006, the United States Court of Appeals for the Ninth Circuit granted the Defendant's motion for bail pending appeal and remanded the matter back to this Court for the limited purpose of establishing appropriate conditions of release. On February 24, 2006, the Court received a copy of said mandate.

Thereafter, the Honorable William H. Alsup, the assigned District Judge, referred this matter to the below-signed Magistrate Judge to set appropriate release conditions. Accordingly, the parties shall appear before the Court on Friday, March 3, 2006, at 11:00 a.m. for purposes of determining and imposing appropriate release conditions.

///
///
///
///

**ORIGINAL**

Furthermore, no later than Thursday, March 2, 2006, the United States Probation Office shall prepare and provide to the Court and the parties a set of conditions that the Probation Office believes is appropriate under the circumstances.

SO ORDERED this 27th day of February 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge