# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

USA,

    Plaintiff,

  vs.

William Bruce San Miguel Flores,

    Defendant.

Case No. 1:05-cr-00031

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***Order Setting Conditions of Release filed March 6, 2006***, on the dates indicated below:

| *U.S. Attorney's Office* | *David Highsmith* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *March 6, 2006* | *March 6, 2006* | *March 6, 2006* | *March 6, 2006* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order Setting Conditions of Release filed March 6, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 8, 2006

                      /s/ Marilyn B. Alcon
                         Deputy Clerk