THE LAW OFFICE OF DAVID J. HIGHSMITH, PC.
Suite 209, Union Bank of California Building, 194 Hernan Cortes Avenue, Hagatna, Guam 96910
(671) 477-8168 • FAX (671) 472-0027 • EMAIL: davehighmith99@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 05-00031 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | MOTION TO SHORTEN TIME |
| WILLIAM BRUCE SAN MIGUEL ) | |
| FLORES, also known as Willy Flores, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant Willy Flores hereby moves to have his Motion for Release and to Stay Execution of Sentence heard by the court immediately.

**MEMORANDUM OF POINTS AND AUTHORITIES**

On October 27, 2005, this court sentenced Defendant Willy Flores to serve eight months incarceration. On March 13, 2007, Mr. Flores is supposed to report to the marshals to be taken into custody. However, Mr. Flores's mother died last week and her funeral is scheduled for March 17, 2007. On strictly humanitarian grounds, Mr. Flores moves for a

In the District Court of Guam
United States of America v. William B. S.M. Flores
Motion to Shorten Time
Criminal Case No. 05-00031
Page 2

thirty (30) day stay of execution of his sentence so that he may attend the funeral and related functions.

Mr. Flores now moves to shorten time to have said Motion for Release and Stay of Execution heard immediately. Normally, a motion must be heard upon five (5) days' written notice, but Federal Rule of Criminal Procedure 47(c) provides that for "good cause" the court may upon "ex parte application" hear the motion at a different time.

In this case, Mr. Flores believes his motion must be heard immediately or it will be rendered moot by his removal from the island and incarceration on March 13, 2007. He asserts that this constitutes "good cause" within the meaning of Rule 47(c) to hear this motion today, March 12, 2007.

RESPECTFULLY SUBMITTED,

*David J. Highsmith*

DAVID J. HIGHSMITH
COUNSEL FOR DEFENDANT FLORES

Floreswilliamp.34