THE LAW OFFICE OF DAVID J. HIGHSMITH, P.C.
Suite 209, Union Bank of California Building, 194 Hernan Cortes Avenue, Hagatna, Guam 96910
(671) 477-8168 • FAX (671) 472-0027 • EMAIL: davehighsmith99@yahoo.com

FILED
DISTRICT COURT OF GUAM
MAR 12 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 05-00031 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | DECLARATION OF COUNSEL |
| ) | |
| WILLIAM BRUCE SAN MIGUEL ) | |
| FLORES, also known as Willy Flores, ) | |
| ) | |
| Defendant. ) | |

I, David Highsmith, depose and say:

1. I am an adult and I speak with personal knowledge of all matters contained herein.

2. I am a licensed attorney and I represent Defendant Willie Flores in this case.

3. I first learned of the death of Defendant's mother last week. On Friday, March 9, 2007, I telephoned the U.S. Attorney's office and left a voice message regarding this matter for Mr. Geoffrey Strand, the attorney handling this case. To the best of my

THE LAW OFFICE OF DAVID J. HIGHSMITH, P.C.
Suite 209, Union Bank of California Building, 194 Hernan Cortes Avenue, Hagatna, Guam 96910
(671) 477-8168 • FAX (671) 472-0027 • EMAIL: davehighsmith99@yahoo.com

In the United States District Court
For the District of Guam
United States of America v. William B. S.M. Flores
Declaration of Counsel
Criminal Case No. 05-00031
Page 2

matter for Mr. Geoffrey Strand, the attorney handling this case. To the best of my knowledge, he did not respond.

4. On March 12, 2007, at 8:40 a.m., I again telephoned Mr. Strand. I left a message regarding this application with the person who answered the phone. I then left another voice message for Mr. Strand.

5. To the best of my knowledge, Mr. Strand did not respond to this telephone message. Therefore, I do not know what position Mr. Strand or the U.S. Attorney will take on this application.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_____
DAVID J. HIGHSMITH

Floreswillianp.38