THE LAW OFFICE OF DAVID J. HIGHSMITH, PC.
Suite 209, Union Bank of California Building, 194 Hernan Cortes Avenue, Hagatna, Guam 96910
(671) 477-8168 • FAX (671) 472-0027 • EMAIL: davehighmith99@yahoo.com

FILED
DISTRICT COURT OF GUAM
MAR 12 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 05-00031 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| WILLIAM BRUCE SAN MIGUEL ) | |
| FLORES, also known as Willy Flores, ) | |
| ) | |
| Defendant. ) | |

This matter came before the court on March 12, 2007 on Defendant's ex parte application for release and a stay of execution of his sentence of eight months' incarceration. The court, being fully advised in the premises, hereby orders as follows:

1. ~~Good cause having been shown, time is shortened pursuant to Federal Rule of Criminal Procedure 47(c), and Plaintiff's motion shall be heard immediately.~~

//

//

//

THE LAW OFFICE OF DAVID J. HIGHSMITH, PC.
Suite 209, Union Bank of California Building, 194 Hernan Cortes Avenue, Hagatna, Guam 96910
(671) 477-8168 • FAX (671) 472-0027 • EMAIL: davehighmith99@yahoo.com

In the United States District Court
For the District of Guam
United States of America v. William B. S.M. Flores
Order
Criminal Case No. 05-00031
Page 2

2. Defendant's motion is hereby granted. He shall not be incarcerated until 4/13, 2007 so that he can attend his mother's funeral and related functions.

SO ORDERED:

_____
JUDGE OF THE DISTRICT COURT OF GUAM
FRANCES M. TYDINGCO-GATEWOOD, Chief Judge

SUBMITTED BY:

_____
DAVID J. HIGHSMITH
DEFENSE COUNSEL

RECEIVED
MAR 1 2 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM