**THE LAW OFFICE OF DAVID J. HIGHSMITH, PC.**
Suite 209, Union Bank of California Building, 194 Hernan Cortes Avenue, Hagatna, Guam 96910
(671) 477-8168 • FAX (671) 472-0027 • EMAIL: davehighsmith99@yahoo.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>Plaintiff, )<br>)<br>vs. )<br>)<br>WILLIAM BRUCE SAN MIGUEL )<br>FLORES, also known as Willy Flores, )<br>)<br>Defendant. )<br>) | CRIMINAL CASE NO. 05-00031<br><br><br><br><br>**MOTION TO RELEASE AND STAY OF EXECUTION** |

Defendant, hereby moves for his release and for a stay of the execution of his sentence until his pending Motion to Vacate Sentence is heard.

## MEMORANDUM OF POINTS AND AUTHORITIES

The Defendant in this case, Mr. Willie Flores, has pled guilty to Conspiracy to Commit Money Laundering, a violation of Title 18 U.S.C. § 1956(b). He was sentenced on October 27, 2005 to eight months incarceration. An appeal of this sentenced was denied. Mr. Flores is due to report to U.S. Marshals on April 13, 2007.

In the United States District Court
For the District of Guam
United States of America v. William B S.M. Flores
Motion to Release and Stay of Execution
Criminal Case No. 05-00031
Page 2

THE LAW OFFICE OF DAVID J. HIGHSMITH, PC.
Suite 209, Union Bank of California Building, 194 Hernan Cortes Avenue, Hagatna, Guam 96910
(671) 477-8168 • FAX (671) 472-0027 • EMAIL: davehighsmith99@yahoo.com

Mr. Flores moves for his release until his pending Motion to Vacate Sentence is heard by this court. The applicable law is Title 18 U.S.C §3143(b), which provides that a defendant may be released if the court finds "that the person is not likely to flee or pose a danger to the safety of the community if released."

In this case, it is very unlikely that Mr. Flores is either a danger to the community or a flight risk. He has been released for years pending his sentencing and testified at the government's request against a fellow actor, Mr. Gill Shinohara, at two different trials. His crime was of the "white collar" variety. He has been stripped of his license to practice his profession, engineering. His release has not presented, to the best of counsel's knowledge, a problem for probation or the marshals.

To sum up, Mr. Flores has met the requirements of §3143(b). He is not a flight risk or a danger to the community.

RESPECTFULLY SUBMITTED,

DAVID J. HIGHSMITH
COUNSEL FOR W. FLORES