# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 05-00031-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO TRAVEL** |
| vs. | ) | |
| | ) | |
| WILLIAM BRUCE SAN MIGUEL FLORES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     On April 12, 2005, William Bruce San Miguel Flores was convicted in the District Court of Guam for Money Laundering Conspiracy, in violation of 18 U.S.C. §1956(h). He was sentenced on October 27, 2005 to eight months imprisonment followed by a three year supervised release term.

     On December 10, 2007, Mr. Flores was released from imprisonment and commenced his term of supervised release. His supervised release conditions include: comply with the standard conditions of supervised release as set forth by the U.S. Sentencing Commission; not commit another federal, state, or local crime; not unlawfully possess and refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from custody and to a maximum of eight urinalysis per month thereafter; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA as directed by the Probation Officer; give a speech to a total of 200 people and must begin with "I am a convicted felon." He shall continue his speech by reading the stipulated facts of the offense contained in the plea agreement as well as tell about his cooperation, the testimony given, their sentencing, cost of counsel, and what the defendant and his family have gone through as a result of the offense. The U.S. Probation Officer must be present at any and all speeches given; perform 200 hours of community service with credit for the time he conducts his speeches; permit the probation officer access to any and all financial documents requested; pay a $100 special assessment fee; and pay restitution in the amount of $150,000.

REQUEST TO TRAVEL
Re:     FLORES, William Bruce San Miguel
Criminal Case No. 05-00031-001
June 3, 2008
Page 2


On June 2, 2008, Mr. Flores submitted a request to travel to Seoul, Korea for a business meeting with a client. He indicated that the client will make his travel arrangements and pay for his accommodations. Because the client is arranging his travel, Mr. Flores anticipates travel to commence on June 9, 2008 and return on June 13, 2008.

To date, Mr. Flores has satisfactorily adjusted to his supervised release conditions. He paid his $100 special assessment fee on September 26, 2006; submitted to DNA collection while at the Bureau of Prisons on November 9, 2007; completed his speech requirement before 200 individuals on April 26, 2008; and has paid $1,400 towards his $150,000 restitution. Mr. Flores submits his monthly reports in a timely manner. This Officer supports his request and seeks Court approval to permit travel.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:    /s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

 /s/ CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist
Investigation Unit Leader

cc:     File

| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

**Wiliam Bruce San Miguel Flores**
**Case No. 05-00031-001**
**SS# XXX-XX-4930**
**DOB: XX-XX-1954**
**HT: 5'5" WT: 165 lbs**



DATE: **June 3, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO     **Seoul, Korea**

LEAVING     **June 9, 2008**     AND RETURNING     **June 13, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Business trip - Progress meeting and lead design review.**

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1. You shall abide by your conditions of supervised release while in Seoul, Korea;**

**2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

**3. You shall call your probation officer if you change accommodation/location; and**

**4. You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

NAME
ADDRESS

☐ APPROVED     ☐ DISAPPROVED