| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|



**Wiliam Bruce San Miguel Flores**
**Case No. 05-00031-001**
**SS# XXX-XX-4930**
**DOB: XX-XX-1954**
**HT: 5'5" WT: 165 lbs**

DATE: **June 3, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO     **Seoul, Korea**

LEAVING     **June 9, 2008**     AND RETURNING     **June 13, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Business trip - Progress meeting and lead design review.**

SPECIAL INSTRUCTIONS:     (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1. You shall abide by your conditions of supervised release while in Seoul, Korea;**

**2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

**3. You shall call your probation officer if you change accommodation/location; and**

**4. You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

NAME
ADDRESS

[X] APPROVED     [ ] DISAPPROVED

/s/ Frances M. Tydingco-Gatewood
**Chief Judge**
**Dated: Jun 04, 2008**