# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 05-00031-001 | |
| ) | | |
| Plaintiff, ) | | |
| ) | **REQUEST TO TRAVEL** | |
| vs. ) | | |
| ) | | |
| WILLIAM BRUCE SAN MIGUEL FLORES, ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |

     On April 12, 2005, William Bruce San Miguel Flores was convicted in the District Court of Guam for Money Laundering Conspiracy, in violation of 18 U.S.C. §1956(h). He was sentenced on October 27, 2005 to eight months imprisonment followed by a three year supervised release term.

     On December 10, 2007, Mr. Flores was released from imprisonment and commenced his term of supervised release. His supervised release conditions include: comply with the standard conditions of supervised release as set forth by the U.S. Sentencing Commission; not commit another federal, state, or local crime; not unlawfully possess and refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from custody and to a maximum of eight urinalysis per month thereafter; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA as directed by the Probation Officer; give a speech to a total of 200 people which must begin with "I am a convicted felon." He shall continue his speech by reading the stipulated facts of the offense contained in the plea agreement as well as tell about his cooperation, the testimony given, the sentencing, cost of counsel, and what the defendant and his family have gone through as a result of the offense. The U.S. Probation Officer must be present at any and all speeches given; perform 200 hours of community service with credit for the time he conducts his speeches; permit the probation officer access to any and all financial documents requested; pay a $100 special assessment fee; and pay restitution in the amount of $150,000.

REQUEST TO TRAVEL
Re:    FLORES, William Bruce San Miguel
Criminal Case No. 05-00031-001
July 8, 2008
Page 2


On July 3, 2008, Mr. Flores submitted a request to travel to Manila, Republic of the Philippines, Saipan and Rota for business purposes paid for by his client. Mr. Flores anticipates travel to commence on July 14, 2008 with a return date of July 30, 2008.

To date, Mr. Flores has satisfactorily adjusted to his supervised release conditions. He paid his $100 special assessment fee on September 26, 2006; submitted to DNA collection while at the Bureau of Prisons on November 9, 2007; completed his speech requirement before 200 individuals on April 26, 2008; completed 200 hours of community service on April 26, 2008; and paid $1,600 towards his $150,000 restitution. Mr. Flores submits his monthly reports in a timely manner. This Officer supports his request and seeks Court approval to permit travel.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:   /s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:    File

| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

Wiliam Bruce San Miguel Flores
Case No. 05-00031-001
SS# XXX-XX-4930
DOB: XX-XX-1954
HT: 5'5" WT: 165 lbs



DATE: July 8, 2008

YOU ARE AUTHORIZED TO TRAVEL TO    Manila, Philippines; Saipan and Rota, CNMI

LEAVING    July 14, 2008    AND RETURNING    July 30, 2008

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Business trip.**

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of supervised release while in Manila, Philippines; Saipain and Rota, CNMI;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

3. You shall call your probation officer if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

/s/ JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

NAME _____    ☐ APPROVED    ☐ DISAPPROVED
ADDRESS _____